**Opinion issued July 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00293-CV

———————————

**DANNY MCGEE, Appellant**

**V.**

**ALFA AUTO SERVICE, ETAL, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1248334**

---

## MEMORANDUM OPINION

The Court received a letter of assignment containing a notice of appeal filed by pro se appellant, Danny McGee, on April 23, 2025, who stated his intention to appeal from findings of fact and conclusions of law in a Justice Court case. On April 29, 2025, the County Clerk for Harris County advised this Court that the Letter of Assignment and Notice of Appeal were sent to this Court in error.

Because this cause was erroneously assigned to this court, we dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.